(106 So. 913)

Albert RAKESTRAW v. STATE. (6 Div. 293.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Cullman County; O'Kyle, Judge. See, also, 211 Ala. 535, 101 So. 181.

PER CURIAM. Affirmed on certificate.

(108 So. 920)

M. E. RAY v. L. L. GAMMILL. (7 Div. 588.) (Supreme Court of Alabama. May 25, 1926.) Appeal from Circuit Court, Clay County; E. S. Lyman, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(108 So. 920)

Catherine ROBINSON v. H. D. BREEDING. (6 Div. 562.) (Supreme Court of Alabama. April 29, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge. Aird & Aird, of Birmingham, for appellant. W. A. Weaver and Theodore J. Lamar, both of Birmingham, for appellee.

SOMERVILLE, J. Appeal dismissed by agreement.

(108 So. 920)

Catherine ROBINSON v. H. D. BREEDING et al. (6 Div. 563.) (Supreme Court of Alabama. April 29, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge. Aird & Aird, of Birmingham, for appellant. W. A. Weaver and Theodore J. Lamar, both of Birmingham, for appellees.

SOMERVILLE, J. Appeal dismissed by agreement.

(108 So. 920)

A. ROOBIN v. Jos. J. SAUL. (6 Div. 589.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge.

PER CURIAM. Appeal dismissed by appellant.

(106 So. 913)

Tom ROSS et al. v. STATE. (7 Div. 566.) (Supreme Court of Alabama. Jan. 14, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Robbery.

PER CURIAM. Affirmed on certificate.

(106 So. 913)

STATE ex rel. Harwell G. DAVIS, Atty. Gen., v. Paul G. CAZALAS, Sheriff of Mobile County. (1 Div. 347.) (Supreme Court of Alabama. Nov. 12, 1925.) Original impeachment proceeding.

PER CURIAM. Dismissed by state.

(106 So. 913)

STATE ex rel. DAVIS, Atty. Gen., v. Guy V. O'REAR, Sheriff of Walker County. (6 Div. 191.) (Supreme Court of Alabama. Dec. 17, 1925.) Original impeachment proceeding.

PER CURIAM. Dismissed by the state.

(108 So. 920)

W. L. SMITH v. S. L. O'BANNON. (6 Div. 586.) (Supreme Court of Alabama. April 22, 1926.) Appeal from Circuit Court, Jefferson County; R. V. Evans, Judge.

PER CURIAM. Appeal dismissed on motion of appellee.

(106 So. 913)

SUNNY SOUTH GRAIN CO. v. S. D. STOVALL. (6 Div. 598.) (Supreme Court of Alabama. Feb. 3, 1926.) Appeal from Circuit Court, Jefferson County; John Denson, Judge.

PER CURIAM. Appeal dismissed by agreement.

(108 So. 920)

TENNESSEE CHEMICAL CO. v. W. D. BUTLER et al. (8 Div. 707.) (Supreme Court of Alabama. May 18, 1926.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(106 So. 913)

TENNESSEE VALLEY BANK v. P. G. KIMBROUGH. (8 Div. 831.) (Supreme Court of Alabama. Jan. 14, 1926.) Certiorari to the Court of Appeals. S. A. Lynne, of Decatur, for petitioner. Sample & Kilpatrick, of Hartsells, opposed.

PER CURIAM. Petition of the Tennessee Valley Bank for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tennessee Valley Bank v. P. G. Kimbrough, 106 So. 924. Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

(106 So. 913)

Memnon TIERCE v. Willie K. TIERCE. (6 Div. 445.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(108 So. 920)

TISSIER HARDWARE CO. et al. v. Houston J. TISSIER. (2 Div. 887.) (Supreme Court of Alabama. May 27, 1926.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. H. F. Reese, Jr., Pitts & Leva and Pettus, Fuller & Lapsley, all of Selma, and Steiner, Crum & Weil, of Montgomery, for appellants. Mallory & Mallory, Craig & Craig & Rountree, and Hobbs, Craig & Brown, all of Selma, for appellee.

GARDNER, J. Appeal dismissed by appellants.

(108 So. 921)

A. A. TUCKER v. CITY OF TUSCALOOSA. (6 Div. 678.) (Supreme Court of Alabama. May 13, 1926.) Certiorari to Court of Appeals. F. F. Windham, of Tuscaloosa, for petitioner. S. H. Sprott, of Tuscaloosa, opposed.

THOMAS, J. Petition of A. A. Tucker for certiorari to the Court of Appeals to review and